**DEBTOR** Oakridge Holdings, Inc                    **MONTHLY OPERATING REPORT**
                                                              CHAPTER 11

**CASE NUMBER: 17-31669_____**

### Form 2-A
### COVER SHEET

For Period Ending  11/30/2017_____

**Accounting Method:**  ☐ Accrual Basis    ☐ Cash Basis

---

*THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  Submit the original Monthly Operating Report
bearing an original signature, to the U. S. Trustee.  A copy of the Report must be
filed with the Clerk of Court.  11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☐ NA | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☐ NA | ☐ | 6. Narrative (Form 2-G) |
| ☐ NA | ☐ | 7. Bank Statements for All Bank Accounts |
| ☐ NA | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments
thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on 12/19/17

Print Name:    **Robert Harvey**
Signature:
Title:         **President**

Rev. 01/01/08

DEBTOR Oakridge Holdings, Inc.

CASE NUMBER: 17-31669 _____

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
COVER SHEET

For Period Ending 11/30/2017 _____

Accounting Method:   [ ] Accrual Basis   [ ] Cash Basis

THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing. Submit the original Monthly Operating Report
(with an original signature) to the U. S. Trustee. A copy of the Report must be
filed with the Court (11 U.S.C. § 704(8)).

Mark One Box for Each
Report Document:

| | Report/Document Attached | Previously Waived |
|---|---|---|
| 1. Cash Receipts and Disbursements Statement (Form 2-C) | [✓] | [ ] |
| 2. Balance Sheet (Form 2-D) | [ ] | [ ] |
| 3. Profit and Loss Statement (Form 2-D) | [ ] | [ ] |
| 4. Supporting Schedules (Form 2-E) | [ ] | [ ] |
| 5. Quarterly Fee Summary (Form 2-F) | [ ] | [ ] |
| 6. Narrative (Form 2-G) | [✓] | [ ] |
| 7. Bank Statements for All Bank Accounts | [✓] | [ ] |
| 8. Bank Statement Reconciliations for all Bank Accounts | [✓] | [ ] |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments
thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on _____

Print Name:   Robert Harvey
Signature:    _____
Title:        President

## OAKRIDGE HOLDINGS, INC.
## BALANCE SHEET
## FOR PERIOD ENDING:  11/30/17

| Account | Description | Current Year | Filing |
|---------|-------------|-------------:|-------:|
| | **ASSETS** | | |
| | **CURRENT ASSETS** | | |
| 1000 | Cash - checking | 0 | 0 |
| 1001 | savings | 0 | 0 |
| 1003 | Due from Subsidiary ST | 460,117 | 464,143 |
| 1004 | DUE TO RCH | (210,527) | (201,460) |
| 1100 | PREPAID CORP TAXES | 0 | 0 |
| 1170 | Deferred Taxes | 7,500 | 7,500 |
| 1209 | Investments | 0 | 0 |
| 1510 | Prepaids | 0 | 3,307 |
| | Total Current Assets | 257,091 | 273,490 |
| | **PROPERTY & EQUIPMENT** | | |
| 1500 | Furniture & Equipment | 0 | 0 |
| 1501 | Computer Hardware/Software | 2,800 | 2,800 |
| 1505 | Accumulated Depreciation | 0 | 0 |
| | Total Property & Equipment | 2,800 | 2,800 |
| | | | 0 |
| | **OTHER ASSET** | | |
| 1520 | Cash Surrender Value | 0 | 0 |
| 1550 | L-T Deferred tax asset | 63,000 | 63,000 |
| | Total Other Assets | 63,000 | 63,000 |
| | **INVESTMENTS IN SUB** | | |
| 1202 | Investment in Sub - Lain/Son | 0 | 0 |
| 1203 | Investment in Stinar | (474,295) | (474,295) |
| | Total Investment in Sub | (474,295) | (474,295) |
| | **TOTAL ASSETS** | **(151,404)** | **(135,005)** |

## OAKRIDGE HOLDINGS, INC.
## BALANCE SHEET
## FOR PERIOD ENDING: 11/30/17

| Account | Description | Current Year | Filing |
|---|---|---|---|
| | **LIABILITY & S/H EQUITY** | | |
| | **CURRENT LIABILITIES** | | |
| 1600 | Accounts Payable - Trade | 174,384 | 155,278 |
| 1610 | Accrued Federal Payroll Taxes | 0 | 0 |
| 1620 | Accrued State payroll Taxes | 0 | 0 |
| 1630 | Accrued Fica/Med Payroll Taxes | 0 | 0 |
| 1640 | Accrued Vacation | 0 | 0 |
| 1670 | Accrued Salaries | 0 | 0 |
| 1680 | Accrued Interest | 0 | 0 |
| 1690 | Accrued Income Taxes | 232,721 | 232,721 |
| 1700 | Subordinated Debentures | 0 | 0 |
| 1710 | Note payable short term | 0 | 0 |
| 1720 | Note Payable - Associated | 0 | 0 |
| 1730 | Note Payable - Oakridge Ceme | 0 | 0 |
| | Total Current Liabilities | 407,106 | (1,181,013) |
| | **LONG-TERM LIABILITIES** | | |
| | **SHAREHOLDER'S EQUITY** | | |
| 2000 | Common Stock | 143,151 | 143,151 |
| 2100 | Additional Paid in Capital | 2,457,975 | 2,457,975 |
| 2200 | Retained Earnings | (3,126,855) | (2,996,417) |
| | Net Income | (32,781) | (127,713) |
| | Total Equity | (558,510) | (523,004) |
| | **TOTAL LIABILITIES & S/H EQUITY** | **(151,404)** | **(135,005)** |

# OAKRIDGE HOLDINGS, INC.
## INCOME STATEMENT
## FOR PERIOD ENDING:  11/30/17

| Account | Description | Curr Year MTD | Since Filing (5/22/2017) |
|---|---|---|---|
| | **REVENUES** | | |
| 3006 | Debt Forgiveness | 0.00 | 22,812.18 |
| | | | 0.00 |
| | **Total Sales/Revenue** | **0.00** | **22,812.18** |
| | | | 0.00 |
| | **COST OF SALES** | | 0.00 |
| | **Gross Profit** | **0.00** | **22,812.18** |
| | | | 0.00 |
| | **OPERATING EXPENSES** | | 0.00 |
| 4001 | Accounting Ex. | 0.00 | 7,180.94 |
| 4010 | Legal Fees | 0.00 | 11,235.05 |
| 4015 | Bank Fees | 0.00 | 0.00 |
| 4020 | Annual Shareholder Mtg Ex. | 0.00 | 0.00 |
| 4030 | Transfer Agent Ex. | 1,325.47 | 11,402.74 |
| 4050 | Board of Directors Fees | 0.00 | 0.00 |
| 4095 | Board of Directors Lia. Ins. | 1,385.62 | 7,603.35 |
| 5035 | Officers Life Ins. | 0.00 | 0.00 |
| 6007 | Corporate apartment | 0.00 | 0.00 |
| 6030 | Miscellaneous Ex. | 0.00 | 325.00 |
| | | | 0.00 |
| | **Total Operating Expenses** | **2,711.09** | **37,747.09** |
| | | | **0.00** |
| | **Total Operating Income(Loss)** | **(2,711.09)** | **(14,934.91)** |
| | | | 0.00 |
| | **OTHER INCOME(EXPENSE)** | | 0.00 |
| | **Net Income(Loss) Before Taxes** | **(2,711.09)** | **(14,934.91)** |
| | | | 0.00 |
| | **PROVISION FOR INC. TAXES** | | 0.00 |
| | NON DEDUCTIBLE P&I | 0.00 | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | **Net Income(Loss)** | **(2,711.09)** | **(14,934.91)** |

## FORM 2-E

### Supporting Schedules
### For Period 11-1 -17 To 11-30-17

| Beginning Balance | Amount Accrued | Amount Accrued | Amount Paid | Paid Date | Check # | Ending Balance |
|---|---|---|---|---|---|---|
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| $0.00 | | | | | | |
| | $0.00 | | | | | |

### Insurance Schedule

| Carrier | | Premium Paid Through |
|---|---|---|
| Am Trust -Westco | $1,000,000.00 | 6/28/2018 |
| Cincinnati | $2,000,000.00 | 6/28/2018 |
| Cincinnati | $6,617,208.00 | 6/28/2018 |
| AIG | $1,000,000.00 | 6/28/2018 |

Oakridge Holdings, Inc. Case No. 17-31669

## FORM 2-F

### Quarterly Fee Summary
### For Period 11-1 -17 To 11-30-17

| Month | Cash Disbursements | Quarterly Fee Due | Check # | Date Paid |
|---|---|---|---|---|
| May | $0.00 | | | |
| June - Estimated By Trustee | $0.00 | | | |
| **Total 2nd Quarter** | $0.00 | $325.00 | 3226 | 7/17/2017 |
| July | $0.00 | | | |
| August | $0.00 | | | |
| September | $0.00 | | | |
| **Total 3rd Quarter** | | $325.00 | 3495 | 10/25/2017 |
| October | $0.00 | | | |
| November | $0.00 | | | |
| December | | | | |
| **Total 3rd Quarter** | | | | |